IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| WILLIAM L. KELLEY | ) CASE NO. 1:10CV0565 |
| Plaintiff, | ) |
| v. | ) JUDGE DONALD C. NUGENT |
| PERRY TOWNSHIP POLICE DEPARTMENT, et al. | ) ORDER OF DISMISSAL |
| Defendants. | ) |

Pursuant to this Court's Memorandum of Opinion and Order filed contemporaneously with this Order of Dismissal,

It is ordered that this action is dismissed pursuant to 28 U.S.C. § 1915(e).

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3) that an appeal from this decision could not be taken in good faith.

IT IS SO ORDERED.

Date: May 28, 2010

JUDGE DONALD C. NUGENT
UNITED STATES DISTRICT JUDGE